### BRADSHAW *v.* BRADSHAW.

BECK, J. Upon consideration of the pleadings and evidence contained in the record, it does not appear that the court below abused its discretion in rendering the judgment complained of, allowing temporary alimony and counsel fees to the petitioner.

> *Judgment affirmed. All the Justices concur.*
> OCTOBER 15, 1912.

Temporary alimony. Before Judge Maddox. Floyd superior court. February 1, 1912.

*E. P. Kingsberry* and *Denny & Wright,* for plaintiff in error.
*Mundy & Mundy,* contra.